IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES ARMSTEAD, JR. and LAVETTE BUTLER,<br><br>     Plaintiffs,<br><br>     vs.<br><br>RENE PAUL KARTERON and SCHNEIDER NATIONAL CARRIERS, INC.,<br><br>     Defendants. | Case No. 14-cv-13-JPG-DGW |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Lavette Butler's motion for voluntary dismissal (Doc. 23). In his motion, Butler explained he has a cause of action against co-plaintiff Charles Armstead, Jr. Butler's claims against Armstead would destroy diversity. As such, Butler seeks to voluntarily dismiss this case. Butler represents that Armstead does not object to the motion.

A plaintiff may voluntarily dismiss a case after a defendant has filed an answer only "upon order of the court and upon such terms and conditions as the court deems proper." Fed. R. Civ. P. 41(a)(2). When considering a motion to dismiss pursuant to Rule 41(a)(2), the court must determine whether a defendant "will suffer some plain legal prejudice other than the mere prospect of a second lawsuit." *Stern v. Barnett,* 452 F.2d 211, 213 (7th Cir. 1971).

Here, Defendants have not responded to Butler's motion. Other than facing a second lawsuit in state court, this Court is not aware of any circumstances that would cause defendants to suffer plain legal prejudice. Accordingly, the Court **GRANTS** Butler's motion (Doc. 23) and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** July 10, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT COURT**
